UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :        INDICTMENT

       -v.-                           :        07 Cr.

WAYNE SMITH,                       :        **07 CRIM   949**
  a/k/a "Garfield W. Smith",
                          :

       Defendant.

                        :
- - - - - - - - - - - - - - - - - x

_JUDGE SAND_ (stamp)

## COUNT ONE

The Grand Jury charges:

On or about July 4, 2007, in the Southern District

of New York and elsewhere, WAYNE SMITH, a/k/a "Garfield W.

Smith", the defendant, after having been previously convicted in

a court of a crime punishable by imprisonment for a term

exceeding one year, to wit, a conviction on or about December 7,

1993, in Bronx County Supreme Court for criminal possession of a

loaded firearm in the third degree, in violation of New York

Penal Law 265.02(4), unlawfully, willfully, and knowingly did

possess in and affecting commerce a firearm, to wit, a .380

caliber Cobra Enterprises semi-automatic handgun and ammunition,

to wit, six live Winchester twelve-gauge shotgun rounds, which

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 0 2007

had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_Michael J. Garcia_
_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WAYNE SMITH,
  a/k/a "Garfield W. Smith",

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*                    Oct 10-07

Foreperson.

10/10/07 *[handwritten annotation]*