USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10·16-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                :

                -v-                     :     ORDER

WAYNE SMITH,                            :     07 Cr. 949 (LBS)
      a/k/a "Garfield W. Smith",
                                        :

                Defendant.              :

- - - - - - - - - - - - - - - - - -X

      Upon the application of the United States of America,

by and through Assistant United States Attorney Lee Renzin, and

with the consent of the defendant, WAYNE SMITH, a/k/a "Garfield

W. Smith", by and through his counsel, Patrick Watts, Esq., it is

hereby ORDERED that the time between the date of this Order and

the date of the next scheduled conference, November 19, 2007, is

excluded for purposes of the Speedy Trial Act, 18 U.S.C. §

3161(h)(8)(A), in the interests of justice.  The ends of justice

served by such continuance outweigh the interest of the public

and the defendant in a speedy trial because it will allow the

Government to prepare and produce discovery and it will allow

defense counsel to, among other things, review discovery,

contemplate the filing of any pretrial motions, and evaluate the

potential for an early disposition of the matter.

Dated:  New York, New York
        October __, 2007

                            _____
                                  LEONARD B. SAND
                            UNITED STATES DISTRICT JUDGE