```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    x
UNITED STATES OF AMERICA            x         ORDER
                                    x
        -v-                         x
                                    x         DOCKET #
Wayne Smith, a/k/a Garfield W. Smith x
                                    x         07 Cr. 949(LBS)
                                    x
                                    x         ___Crim___
------------------------------------x

LEONARD B. SAND, DISTRICT JUDGE:

The C.J.A. attorney assigned to receive cases on this day,

Louis Freeman, Esq.          is hereby ordered to assume

representation of the defendant in the above captioned matter.

                                    SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

Dated:  **New York, New York**
        10/19/07