USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

       -v-                          :    ORDER

WAYNE SMITH,                      :    07 Cr. 949 (LBS)
   a/k/a "Garfield W. Smith",
                                  :

             Defendant.
                                  :
- - - - - - - - - - - - - - - - - -X

        Upon the application of the United States of America, by and through Assistant United States Attorney Lee Renzin, and with the consent of the defendant, WAYNE SMITH, a/k/a "Garfield W. Smith", by and through his counsel, Patrick Watts, Esq., it is hereby ORDERED that the time between the date of this Order and the date of the next scheduled conference, December 17, 2007, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow defense counsel to, among other things, review discovery and evaluate the potential for an early disposition of the matter.

Dated:  New York, New York
       December 10 2007

                                                  LEONARD B. SAND
                                              UNITED STATES DISTRICT JUDGE